Jody I. LeWitter  #l24794
Sarah C. Beard #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
firm@sl-employmentlaw.com

Attorneys for Plaintiff Arnett Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>              Plaintiff,<br><br>      v.<br><br>AVON PRODUCTS, INC., A New York Corporation;  and Does I through X,<br><br>              Defendants.<br>_____ | ) Case No. C06-03425 (SBA)<br>)<br>) **STIPULATION REQUESTING**<br>) **CHANGE IN ADR DATE AND**<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

///

///

///

///

///

///

///

///

///

///

///

*Siegel &*
*LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

*UAW Local 2320*

1  NOW COMES the plaintiff Arnett Moore and defendant Avon Products, Inc. and jointly

2  enter into this stipulation to request the Court amend the date by which the parties must complete

3  their Alternative Dispute Procedure (private mediation), from December 16, 2006 until February

4  28, 2007 for the following reason:

5  1.   The Court has ordered that the parties complete their mediation by December 16,

6  2006, and the parties had scheduled a mediation with Mark Rudy for December 7, 2006.

7  2.   Plaintiff has propounded and received a first round of discovery responses from

8  defendant.  Defendant has taken plaintiff's deposition.

9  3.   Trial in this matter is scheduled for December 3, 2007.

10  4.   Plaintiff's counsel believes that the mediation will not be successful without

11  further discovery, and, in particular, wishes to take the deposition of Avon employee Linda

12  Hamilton-Oar, plaintiff's supervisor, before the mediation.  For scheduling reasons, this

13  deposition cannot occur before the currently scheduled mediation on December 7, 2006.

14  5.   In order to make the mediation productive, the parties will need to take this

15  deposition and obtain a new mediation date from the mediator.  The parties believe that this can

16  be accomplished on or before February 28, 2007.

17  THEREFORE, IT IS HEREBY STIPULATED, by plaintiff Arnett Moore and defendant

18  Avon Products, Inc., by and through their attorneys of record, that the dates by which the parties

19  shall complete their mediation be extended until February 28, 2007.

20

21

22  DATED: November 15, 2006                 Respectfully submitted,

23                                           SIEGEL & LeWITTER

24

25                                           By: _____/s/_____

26                                               Jody I. LeWitter
                                                 Sarah C. Beard

27                                           Attorneys for Plaintiff

28

*Siegel &*
*LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA  94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

*UAW Local 2320*

1 DATED: November 27, 2006                          Respectfully submitted,

2                                                    MORRISON & FOERSTER LLP

3

4                                                    By: _____/s/_____
                                                          James E. Boddy
5                                                         Robert Naeve
                                                          Steven Zadravecz
6                                                         Kathryn M. Davis

7                                                    Attorneys for Defendant

8  ///

9  ///

10 ///

11 ///

12                              **ORDER**

13        This matter having come before the Court on the attached Stipulation of the parties, it is

14 hereby ordered that the date by which the parties shall complete their ADR process (mediation)

15 is hereby extended to February 28, 2007.

16

17    11/28/06                           _Saundra B Armstrong_____

18                                        Hon. Saundra Brown Armstrong
                                          Judge of the Superior Court

19

20

21

22

23

*Siegel &*
*LeWitter*  24

*1939 Harrison Street*  25
*Suite 307*
*Oakland, CA 94612*  26
*(510) 452-5000*
*(510) 452-5004 (fax)*
                        27
*UAW Local 2320*

28

STIPULATION REQUESTING CHANGE IN ADR DATE AND [PROPOSED] ORDER  – CASE NO. C06-03425 (SBA)