United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE, | No. C-06-3425 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |
| AVON PRODUCTS, INC., | |
| Defendant. | **(Docket No. 30)** |
| _____/ | |

Plaintiff Arnett Moore filed a motion to compel, which was heard on May 2, 2007. Prior to the hearing, the majority of the disputes raised in the motion were resolved by the parties. Only two document requests, Nos. 21 and 23, remained at issue for Court resolution.

At the hearing, the Court provided the parties with guidance on the two remaining disputes and ordered a further meet and confer. After the meet and confer, the parties reached substantial agreement on RFP Nos. 21 and 23. The Court denied without prejudice Mr. Moore's request for redivisioning documents with respect to Ms. Franklin (Ms. Caswell's boss). As to personnel-type documents, the Court denied Defendant Avon Products, Inc.'s request that employees be given notice and an opportunity to be heard prior to production of such documents. Avon did not cite any authority establishing that this procedure is required by the California Constitution or the California legislature in this context. Moreover, privacy concerns should be adequately addressed as the documents may be redacted for irrelevant information prior to production and shall be produced pursuant to a protective order.

Accordingly, for the foregoing reasons, Mr. Moore's motion to compel is granted in part and denied in part.

IT IS SO ORDERED.

Dated: May 4, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge