Jody I. LeWitter  #l24794
Daria Dimitroff  #191588
Sarah C. Beard  #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com

Attorneys for Plaintiff Arnett Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AVON PRODUCTS, INC., A New York Corporation;  and Does I through X,<br><br>　　　　　　Defendants. | Case No. C 06-03425 SBA<br><br>**STIPULATION AND ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT FOR DAMAGES** |

　　　　Now come the parties, by and through their counsel, and stipulate that plaintiff may file the attached First Amended Complaint for Damages and that plaintiff's hearing on this motion scheduled for Tuesday, June 5, 2007, at 1:00 p.m be taken off calendar because this matter has been resolved.  The parties further stipulate that defendant may reopen the deposition of plaintiff Moore, to question plaintiff solely regarding his newly raised issues of discrimination based upon race and religion.  The parties further stipulate, subject to approval by the Court, that the Answer Avon filed to plaintiff's original Complaint on or about May 25, 2006 be deemed Avon's Answer to plaintiff's First Amended Complaint.

| | |
|---|---|
| DATED: May 24, 2007 | SIEGEL & LEWITTER |
| | |
| | By: _____/s/  (Jody LeWitter)_____ |
| | Jody I. LeWitter |
| | Daria Dimitroff |
| | Sarah C. Beard |
| | |
| | Attorneys for Plaintiff Arnett Moore |
| | |
| DATED: May 24, 2007 | MORRISON & FOERSTER LLP |
| | |
| | By: _____/s/  (Steve Zadravecz)_____ |
| | Steven M. Zadravecz |
| | Robert A. Naeve |
| | James E. Boddy |
| | Kathryn M. Davis |
| | |
| | Attorneys for Defendant Avon Products, Inc. |

IT IS SO ORDERED.

DATED: 5/29/07

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)*

2
STIPULATION AND ORDER PERMITTING FILING OF FIRST
AMENDED COMPLAINT FOR DAMAGES; Case No. C06-03425 SBA