Jody I. LeWitter  #124794
Daria Dimitroff  #191588
Sarah C. Beard #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, CA 94612
Telephone:   (510) 452-5000
Facsimile:    (510) 452-5004
jlewitter@sl-employmentlaw.com
ddimitroff@sl-employmentlaw.com
sbeard@sl-employmentlaw.com

Attorneys for Plaintiff

Kathryn Davis #203454
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-4095
Telephone: (925) 295-3300
Facsimile: (925) 946-9912
jboddy@mofo.com
kathryndavis@mofo.com

Robert A. Naeve #106095
Steven M. Zadravecz #185676
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California  92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900
RNaeve@mofo.com
SZadravecz@mofo.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>    Plaintiff,<br><br> v.<br><br>AVON PRODUCTS, INC., A New York Corporation; and Does I through X,<br><br>    Defendants. | Case No. C06-03425 SBA (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY** |

NOW COME the parties by and through their counsel and jointly enter into this stipulation regarding Plaintiff's Motion to Compel Further Responses to Plaintiff's First and Second Requests for Production of Documents:

1.  The parties agree that defendant Avon Products, Inc. will produce all documents regarding the performance of any division manager reporting to Linda Hamilton-Oar as of December 31, 2005, for the period January 1, 2001 through January 1, 2006, as well as any performance reviews covering the performance of any of the above-referenced division managers in the year 2005, by May 25, 2007.  Documents regarding performance include but are not limited to performance reviews, quarterly reviews or quarterly review notes, disciplinary documents, emails, letters, notes or other documents regarding the performance of division managers, including documents similar to AV902-905.  Defendant will redact social security numbers, the reasons for, but not the fact of, a leave of absence, and other private information unrelated to performance.  Defendant will produce a redaction log identifying redactions and reasons for redactions.

2.  The parties agree that defendant will produce all documents regarding any redivisioning, including policies and procedures, at Avon from January 1, 2000 forward, in which Garth Warner and/or Karen Caswell participated, including documents regarding any decision making process, comparison of employees, including but not limited to any documents like AV915, AV846, AV758, and AV902-905, by May 25, 2007.

3.  If both parties believe that the redivisioning documents produced pursuant to Paragraph 2 of this stipulation demonstrate that defendant considered for termination division managers outside of those directly reporting to the Regional Sales Director (aka Regional Manager or Area Manager, or the position equivalent to that held by Linda Hamilton-Oar), defendant will produce the performance documents (as described above) for the division managers in the southern sub-region of the Galaxy Region for the time frame defined in Paragraph 1.  If there is a dispute regarding this, plaintiff may, within five court days after the

///

///

1 | production of the redivisioning documents, file a letter brief with the Court requesting further
2 | production of documents.  Defendant will file a letter brief in opposition within five court days.
3 | This will be decided without further hearing.

Respectfully submitted,

DATED: May 24, 2007                SIEGEL & LEWITTER

By:  _____/s/_____ Sarah Beard
        Jody I. LeWitter
        Daria Dimitroff
        Sarah C. Beard

Attorneys for Plaintiff Arnett Moore

DATED: May 24, 2007                MORRISON & FOERSTER

By:  _____/s/_____ Kathryn Davis
        Robert Naeve
        Steven Zadravecz
        Kathryn Davis

Attorneys for Defendant Avon Products, Inc.

IT IS SO ORDERED.

DATED: June 1, 2007
_____
Hon. Ed[ward M. Chen]

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

---
3
STIPULATION & [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO
COMPEL FURTHER RESPONSES TO DISCOVERY – CASE NO. C06-03425 SBA (EMC)

Case 4:06-cv-03425-SBA   Document 53   Filed 06/01/07   Page 4 of 4