Jody I. LeWitter  #l24794
Daria Dimitroff  #191588
Sarah C. Beard #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, CA 94612
Telephone:    (510) 452-5000
Facsimile:    (510) 452-5004
jlewitter@sl-employmentlaw.com
ddimitroff@sl-employmentlaw.com
sbeard@sl-employmentlaw.com

Attorneys for Plaintiff

Kathryn Davis #203454
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-4095
Telephone: (925) 295-3300
Facsimile: (925) 946-9912
kathryndavis@mofo.com

Robert A. Naeve #106095
Steven M. Zadravecz #185676
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California  92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900
RNaeve@mofo.com
SZadravecz@mofo.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>                    Plaintiff,<br><br>          v.<br><br>AVON PRODUCTS, INC., A New York Corporation,<br><br><br>                    Defendant. | Case No. C06-03425 SBA<br><br>**STIPULATED REQUEST FOR ADDITIONAL DEPOSITIONS AND FOR ORDER ENLARGING TIME AND  ORDER** |

NOW COME the parties, by and through their counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 30(2) that plaintiff Arnett Moore may take the depositions of Judy Woods and Joe Petro, which will result in more than ten depositions being taken by plaintiff. Good cause exists for plaintiff taking more than ten depositions because a large number of witnesses in this case are located out of the state of California and plaintiff needs to preserve witnesses' testimony for trial.  The parties further stipulate that any party may appear at the depositions by telephone.

The parties further respectfully request that the Court enlarge time for the non-expert discovery period in this case by three weeks, and permit the parties to conduct the depositions of witnesses Judy Woods and Joe Petro by Friday, August 24, 2007.  The non-expert discovery cut-off deadline in this case is August 3, 2007, which was set by the Court on October 23, 2006 in the Amended Pretrial Order for this case.  Pursuant to Local Rule 6-2, filed herewith is the Declaration of Sarah C. Beard that sets forth with particularity the reasons for the request for an order enlarging time for non-expert discovery.

There is good cause for this request to enlarge time for the non-expert discovery period for the following reasons:

1. Plaintiff Moore's counsel did not learn that Ms. Woods has knowledge relevant to plaintiff's claims of discrimination until July 19, 2007, despite several prior attempts by plaintiff's counsel to contact her.  On that same date, defendant Avon served its Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26(e) on plaintiff, and listed Mr. Petro as a witness for the first time.  Prior to that date, plaintiff did not know that Mr. Petro had knowledge relevant to plaintiff's claims.  On that date, July 19, 2007, plaintiff's lead counsel was out of the country;

2. On July 23, 2007, plaintiff's counsel determined that it is necessary to depose Ms. Woods and Mr. Petro, and notified defendant Avon's counsel of plaintiff's intention to depose both witnesses on August 3, 2007, the date of the non-expert discovery cut-off. On the same date, July 23, 2007, plaintiff's counsel personally served defendant's counsel with notices of depositions of Ms. Woods and Mr. Petro;

STIPULATED REQUEST FOR ADDITIONAL DEPOSITIONS AND ORDER
ENLARGING TIME AND [PROPOSED] ORDER – CASE NO. C06-03425 SBA

3.  On July 24, 2007, defendant's counsel confirmed defendant would produce Mr. Petro for deposition and was attempting to contact Mr. Petro to determine his availability for deposition;

4.  On July 25, 2007, Ms. Woods informed plaintiff's counsel that she will be traveling out of town on August 3, 2007, and is therefore unavailable for deposition on that day. Ms. Woods further informed plaintiff's counsel that due to prior commitments, she is unavailable on the other dates that counsel for both plaintiff and defendant are available for her deposition during the week of July 30, 2007, prior to the non-expert discovery cut-off date of August 3, 2007.  Ms. Woods informed plaintiff's counsel that next date she is available for deposition is August 6, 2007, three days after the non-expert discovery cut-off.  Plaintiff's counsel and defendant's counsel are currently trying to determine a date agreeable to both parties for Ms. Woods' deposition, but anticipate Ms. Woods will be available by August 24, 2007;

5.  To date, defendant has been unable to determine Mr. Petro's availability for deposition, but anticipates Mr. Petro will be available by August 24, 2007.

THEREBY, IT IS HEREBY STIPULATED that the parties in the above case request that the Court issue an order enlarging time for the non-expert discovery period by three weeks and allowing plaintiff to depose two additional witnesses.

Respectfully submitted,

DATED:  July 30, 2007                    SIEGEL & LEWITTER

By:  _____/s/____  Sarah C. Beard
                        Jody I. LeWitter
                        Daria Dimitroff
                        Sarah C. Beard

Attorneys for Plaintiff Arnett Moore

1    DATED:  July 30, 2007                        MORRISON & FOERSTER

2

3                                            By: _____/s/_____Steven Zadravecz
                                                      Robert Naeve
4                                                     Steven Zadravecz
                                                      Kathryn Davis
5
                                             Attorneys for Defendant Avon Products, Inc.
6

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9    DATED: 8/13/07                          _____
                                                      Hon. Saundra Brown Armstrong
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATED REQUEST FOR ADDITIONAL DEPOSITIONS AND ORDER
     ENLARGING TIME AND [PROPOSED] ORDER – CASE NO. C06-03425 SBA