ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
STEVEN M. ZADRAVECZ (CA SBN 185676)
SZadravecz@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California  92612-2445
Telephone:  949.251.7500
Facsimile:   949.251.0900

KATHRYN M. DAVIS (CA SBN 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California  94596-8130
Telephone:  925.295.3300
Facsimile:   925.946.9912

Attorneys for Defendant
AVON PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNETT MOORE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AVON PRODUCTS, INC., a New York Corporation; and Does I through X,<br><br>　　　　　　Defendant. | Case No.   C-06-03425 SBA (EMC)<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER REGARDING THE DECLARATION OF SUNNY FRANKLIN ISO OF AVON PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT, AS TO EACH OF PLAINTIFF ARNETT MOORE'S CAUSES OF ACTION** |

　　　　Plaintiff Arnett Moore ("Moore") and defendant Avon Product, Inc. ("Avon") enter into this Stipulation and Proposed Order with reference to the following facts.

# RECITALS

1. A discovery dispute has arisen with respect to the Declaration of Sunny Franklin filed by Avon on July 27, 2007 in support of its motion for summary judgment as to each of Moore's causes of action.

2. On August 3, 2007, the discovery dispute was heard by Magistrate Judge Edward M. Chen.

3. During the course of the August 3 hearing, Moore and Avon agreed to enter into the following Stipulation and Proposed Order.

# STIPULATION

1. The parties agree to strike the last sentence of paragraph 5 of Ms. Franklin's declaration. The parties further agree that the Honorable Saundra Brown Armstrong is to draw no inference against any party or in relation to any fact from the parties' agreement to strike this sentence in Ms. Franklin's declaration. This stipulation is entered into is solely to resolve the parties' present discovery dispute.

2. The parties agree that Magistrate Chen will retain jurisdiction over this discovery dispute to address any further issues with compelling document production and Ms. Franklin's deposition after Avon's summary judgment hearing on September 25, 2007.

IT IS SO STIPULATED.

Dated: August 22, 2007
ROBERT A. NAEVE
STEVEN M. ZADRAVECZ
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP


By:   /s/ Kathryn M. Davis
      Kathryn M. Davis

Attorneys for Defendant AVON PRODUCTS, INC.

*\* Signatures Continued On Next Page \**

STIPULATION AND [PROPOSED] ORDER RE THE DECL. OF SUNNY FRANKLIN
CASE NO. C-06-03425 SBA (EMC)
oc-332302

2

| | | |
|---|---|---|
| 1 | Dated: August 22, 2007 | JODY LeWITTER |
| 2 | | SARAH BEARD |
| | | SIEGEL & LeWITTER |

By:   /s/ Sarah Beard
       Sarah Beard

Attorneys for Plaintiff ARNETT MOORE.

**ORDER**

IT IS SO ORDERED:

Dated:   August 24, 2007

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE THE DECL. OF SUNNY FRANKLIN
CASE NO. C-06-03425 SBA (EMC)
oc-332302

3

1  I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this
2  stipulation. In compliance with General Order 45, X.B., I hereby attest that Sarah Beard has
3  concurred in this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE THE DECL. OF SUNNY FRANKLIN
CASE NO. C-06-03425 SBA (EMC)
oc-332302

4