**MORRISON | FOERSTER**

PLEASE RESPOND TO:
P.O. BOX 8130
WALNUT CREEK
CALIFORNIA 94596-8130

101 YGNACIO VALLEY ROAD
SUITE 450
WALNUT CREEK
CALIFORNIA 94596-4094

TELEPHONE: 925.295.3300
FACSIMILE: 925.946.9912

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

August 28, 2007

Writer's Direct Contact
925.295.3372
KathrynDavis@mofo.com

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]*

By E-file and Delivery to Chambers

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   *Arnett Moore v. Avon Products, Inc*.
      Case No. C 06-3425 SBA (JL)

Dear Magistrate Judge Larsen:

The parties have agreed to move the settlement conference currently scheduled in this matter for September 11, 2007, at 10:00 a.m., to the next available date on the Court's calendar. The parties understand that the next available date is October 17, 2007, at 2:00 p.m. The parties hereby request that their settlement conference be rescheduled to October 17, 2007, at 2:00 p.m.

Sincerely,

_____/s/_____
Kathryn M. Davis
MORRISON & FOERSTER LLP
Attorneys for Avon Products, Inc.

_____/s/_____
Jody LeWitter
SIEGEL & LEWITTER
Attorneys for Arnett Moore

I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B., I hereby attest that Jody LeWitter has concurred in this filing.

wc-133040