1 | ROBERT A. NAEVE (CA SBN 106095)
  | RNaeve@mofo.com
2 | STEVEN M. ZADRAVECZ (CA SBN 185676)
  | SZadravecz@mofo.com
3 | MORRISON & FOERSTER LLP
  | 19900 MacArthur Blvd.
4 | Irvine, California 92612-2445
  | Telephone: 949.251.7500
5 | Facsimile: 949.251.0900

6 | KATHRYN M. DAVIS (CA SBN 203454)
  | KathrynDavis@mofo.com
7 | MORRISON & FOERSTER LLP
  | 101 Ygnacio Valley Road, Suite 450
8 | Walnut Creek, California 94596-8130
  | Telephone: 925.295.3300
9 | Facsimile: 925.946.9912

10 | Attorneys for Defendant
   | AVON PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ARNETT MOORE, | Case No. C-06-03425 SBA (EMC) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE DECLARATION OF SUNNY FRANKLIN ISO OF AVON PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT, AS TO EACH OF PLAINTIFF ARNETT MOORE'S CAUSES OF ACTION** |
| v. | |
| AVON PRODUCTS, INC., a New York Corporation; and Does I through X, | |
| Defendant. | |

Plaintiff Arnett Moore ("Moore") and defendant Avon Product, Inc. ("Avon") enter into this Stipulation and Proposed Order with reference to the following facts.

## RECITALS

1. A discovery dispute has arisen with respect to the Declaration of Sunny Franklin filed by Avon on July 27, 2007 in support of its motion for summary judgment as to each of Moore's causes of action.

2. On August 3, 2007, the discovery dispute was heard by Magistrate Judge Edward M. Chen.

3. During the course of the August 3 hearing, Moore and Avon agreed to enter into the following Stipulation and Proposed Order.

## STIPULATION

The parties agree to strike the last sentence of paragraph 5 of Ms. Franklin's declaration. The parties further agree that the Honorable Saundra Brown Armstrong is to draw no inference against any party or in relation to any fact from the parties' agreement to strike this sentence in Ms. Franklin's declaration. This stipulation is entered into is solely to resolve the parties' present discovery dispute.

IT IS SO STIPULATED.

Dated: August 22, 2007

ROBERT A. NAEVE
STEVEN M. ZADRAVECZ
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP


By: /s/ Kathryn M. Davis
Kathryn M. Davis

Attorneys for Defendant AVON PRODUCTS, INC.

Dated: August 22, 2007

JODY LeWITTER
SARAH BEARD
SIEGEL & LeWITTER


By: /s/ Sarah Beard
Sarah Beard

Attorneys for Plaintiff ARNETT MOORE.

**ORDER**

1
2      IT IS SO ORDERED:
3
4      Dated: __9/4/07_____, 2007         _____
                                                                JUDGE OF THE UNITED STATED
5                                                                          DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER RE THE DECL. OF SUNNY FRANKLIN
CASE NO. C-06-03425 SBA (EMC)
wc-132611

3

1  I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this
2  stipulation. In compliance with General Order 45, X.B., I hereby attest that Sarah Beard has
3  concurred in this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE THE DECL. OF SUNNY FRANKLIN
CASE NO. C-06-03425 SBA (EMC)
wc-132611

4