Jody I. LeWitter #l24794
Sarah C. Beard #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California 94612
(510) 452-5000
(510) 452-5004 (fax)
firm@sl-employmentlaw.com

Attorneys for Plaintiff Arnett Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>          Plaintiff,<br><br>   v.<br><br>AVON PRODUCTS, INC., A New York Corporation; and Does I through X,<br><br>          Defendants. | Case No. C06-03425 (SBA)<br><br>**STIPULATION REQUESTING SEALING OF DOCUMENTS SUBMITTED IN OPPOSITION TO SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

///
///
///
///
///
///
///

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)

---

1
STIPULATION REQUESTING SEALING OF DOCUMENTS AND [PROPOSED] ORDER – CASE NO. C06-03425 (SBA)

NOW COME the plaintiff Arnett Moore and defendant Avon Products, Inc. and jointly enter into this stipulation to request that the Court seal the following limited documents for the following reasons:

1. The parties entered into, and this Court entered, a Protective Order in regard to the production of documents in this case.

2. In that regard, certain documents have been produced and designated as confidential by defendant. These documents are submitted by plaintiff in opposition to defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, as:

    (A) **Exhibit 42** (AV01019-1020, District Manager Separation Fact Sheet for an Avon Employee),

    (B) **Exhibit 49** (AV02576, AV02588, AV02600, AV02612, AV02624, AV02636, AV02648, AV02661, AV02673, and AV02677, Pages from 2005 Performance Reviews for individual Avon employees in the year 2005)

    (C) **Exhibit 50** (AV01528-1530, AV01658-1660, AV01694-1696, AV01739-1741, AV01766-1768, AV01872-1874, AV01900-1902, AV01936-1938, AV02002-2009, and AV02073-2075, further performance reviews for individual Avon employees in the year 2005),

    (D) **Exhibit 51** (AV01912-1919, performance review for an individual Avon employee for the year 2003).

All of these documents are regarding the personnel file of employees of the defendant, who are not parties to this litigation, and are submitted by plaintiff as comparators. As such, both parties believe that the third parties' personnel file documents should not be filed and open to public scrutiny.

//

//

//

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)*

//

THEREFORE, IT IS HEREBY STIPULATED by plaintiff Arnett Moore and defendant Avon Products, Inc. that the submission of Exhibits 42, 49, 50 and 51 filed by plaintiff should be sealed.

DATED: August 30, 2007         Respectfully submitted,

SIEGEL & LeWITTER

By: _____/s/_____
    Jody I. LeWitter
    Daria Dimitroff
    Sarah C. Beard

Attorneys for Plaintiff

DATED: August 30, 2007         MORRISON & FOERSTER LLP

By: _____/s/_____
    Robert Naeve
    Steven Zadravecz
    Kathryn M. Davis

Attorneys for Defendant

### ORDER

This matter having come before the Court on the attached Stipulation of the parties, plaintiff's Motion for Administrative Relief/Sealing, as well as the proposed confidential documents,

IT IS HEREBY ORDERED that Exhibits 42, 49, 50 and 51 are hereby sealed, as these documents are from the personnel files of Avon employees who are not parties to this litigation and sealing will protect these employees' privacy.

9/5/07

_____
Hon. Saundra Brown Armstrong
Judge of the United States District Court

*Siegel & LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Siegel & LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*