ROBERT A. NAEVE (CA SBN 106095)
RNaeve@mofo.com
STEVEN M. ZADRAVECZ (CA SBN 185676)
SZadravecz@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: 949.251.7500
Facsimile: 949.251.0900

KATHRYN M. DAVIS (CA SBN 203454)
KathrynDavis@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
AVON PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNETT MOORE,<br><br>Plaintiff,<br><br>v.<br><br>AVON PRODUCTS, INC., a New York Corporation; and Does I through X,<br><br>Defendant. | Case No. C-06-03425 SBA (EMC)<br><br>**STIPULATION AND ORDER REGARDING ENLARGING TIME FOR AVON TO SUBMIT ITS BILL OF COSTS AND FILE ITS MOTION FOR ATTORNEYS' FEES PURSUANT TO LOCAL RULE 6-2**<br><br>Ctrm: #3, 3rd Floor (Oakland)<br>Judge: Hon. Saundra Brown Armstrong |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Plaintiff Arnett Moore ("Moore") and Defendant Avon Product, Inc. ("Avon") enter into this Stipulation and Proposed Order with reference to the following facts.

**RECITALS**

1. On October 4, 2007, this Court granted defendant Avon's motion for summary judgment in its entirety. On the same day, this Court also entered Final Judgment in this action in accordance with its Order on Avon's Summary Judgment Motion.

2. As the prevailing party in this litigation, Avon anticipated filing a bill of costs and a motion to recover attorneys' fees. Pursuant to the Civil Local Rules of the United Sates District Court for the Northern District of California, Rules 54-1 and 54-6, Avon's bill of costs and its motion for attorneys' fees are due October 18, 2007.

3. In an attempt to avoid filing of the bill of costs and the motion for attorneys fees, and to reach a resolution on those two issues with Moore, Avon has met and confer with Moore's counsel.

4. Moore and his counsel are considering the proposals offered by Avon during the meet and confer process. However, as of the filing of this Stipulation, Moore's counsel not been able to meet with Moore to fully discuss Avon's proposal, and Moore and his counsel are now unavailable for the next several days. To facilitate the meet and confer process, and to allow time for a possible resolution, the parties stipulate as follows.

**STIPULATION**

1. Avon shall have a two-week extension of time, up to and including November 1, 2007 to file and serve its bill of costs.

///

///

2. Avon shall have a two-week extension of time, up to and including November 1, 2007 to file and serve any motion to recover attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October 15, 2007

ROBERT A. NAEVE
STEVEN M. ZADRAVECZ
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

By: /s/ Kathryn M. Davis
Kathryn M. Davis

Attorneys for Defendant AVON PRODUCTS, INC.

Dated: October 15, 2007

JODY LeWITTER
SARAH BEARD
SIEGEL & LeWITTER

By: /s/ Jody LeWitter
Jody LeWitter

Attorneys for Plaintiff ARNETT MOORE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/17/07

Saundra B. Armstrong
Hon. Saundra Brown Armstrong
JUDGE OF THE UNITED STATED
DISTRICT COURT

I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B., I hereby attest that Jody LeWitter has concurred in this filing.