Jody I. LeWitter  #l24794
Daria Dimitroff  #191588
Sarah C. Beard  #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, CA 94612
Telephone:   (510) 452-5000
Facsimile:    (510) 452-5004
jlewitter@sl-employmentlaw.com
ddimitroff@sl-employmentlaw.com
sbeard@sl-employmentlaw.com

Attorneys for Plaintiff

Kathryn Davis #203454
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596-4095
Telephone: (925) 295-3300
Facsimile: (925) 946-9912
jboddy@mofo.com
kathryndavis@mofo.com

Robert A. Naeve #106095
Steven M. Zadravecz #185676
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California  92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900
RNaeve@mofo.com
SZadravecz@mofo.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT MOORE,<br><br>            Plaintiff,<br><br>     v.<br><br>AVON PRODUCTS, INC., A New York Corporation,<br><br>            Defendant. | Case No. C06-03425 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CORRECT CLERICAL ERROR IN PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1  NOW COME the parties by and through their counsel and hereby stipulate that the record be corrected with respect to the Declaration of Arnett Moore In Support of Plaintiff's Opposition to Defendant's Motion For Summary Judgment, or In The Alternative, Partial Summary Judgment, for the following reasons:

1. On September 4, 2007, plaintiff filed the Declaration of Arnett Moore In Support of Plaintiff's Opposition to Defendant's Motion For Summary Judgment, or In The Alternative, Partial Summary Judgment with his opposition to Avon's motion for summary judgment;

2. On October 4, 2007, this Court issued an Order granting defendant Avon's motion for summary judgment in its entirety and entered Judgment in favor of Avon. On page nine of the Court's Order, the Court noted that the words "August 12" had been omitted from the Declaration of Arnett Moore in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;

3. The declaration which plaintiff Moore signed contained the words "August 12" on page three, line 28. As a result of a clerical error resulting from the process of converting the declaration to be e-filed, these words were omitted from the version of plaintiff's declaration that was e-filed with the Court on September 4, 2007. The manner in which this clerical error was made is described in the Declarations of Sarah C. Beard and Lisa Simpson In Support Of Stipulation to Correct Clerical Order, filed herewith. A true and correct copy of the declaration which plaintiff Moore signed which contains the words "August 12" on page three, line 28 is attached hereto as Exhibit A;

4. Since the Court issued the Order granting Avon's motion for summary judgment and entering Judgment in Avon's favor, this case has been resolved. Accordingly, by way of this Stipulation, the parties do not request that the Court modify the Order granting Avon's motion for summary judgment or the Judgment rendered by the Court in any way.

THEREBY, IT IS HEREBY STIPULATED between the parties in the above case, that the record be corrected with respect to the Declaration of Arnett Moore In Support of Plaintiff's Opposition to Defendant's Motion For Summary Judgment, or In The Alternative, Partial Summary Judgment. The parties respectfully request that the Court sign this Order permitting the

filing of the true and correct Declaration of Arnett Moore In Support of Plaintiff's Opposition to Defendant's Motion For Summary Judgment, or In The Alternative, Partial Summary Judgment, containing the words "August 12" on page three, line 28.  The parties further ask that the Court not amend or modify any Order or proceeding in this matter, including the Court's Order granting Avon's Motion for Summary Judgment or the Judgment rendered in Avon's favor.

Respectfully submitted,

DATED:  November 14, 2007                SIEGEL & LEWITTER

By:  _____/s/  (Sarah C. Beard)_____
    Jody I. LeWitter
    Daria Dimitroff
    Sarah C. Beard

Attorneys for Plaintiff Arnett Moore

DATED:  November 13, 2007                MORRISON & FOERSTER

By:  _____/s/  (Steven Zadravecz)_____
    Robert Naeve
    Steven Zadravecz
    Kathryn Davis

Attorneys for Defendant Avon Products, Inc.

IT IS SO ORDERED.

DATED:  __12/24/07_____                _____
    Hon. Saundra Brown Armstrong